01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                           AT SEATTLE

08  UNITED STATES OF AMERICA,        )    CASE NO. CR04-498-TSZ
                                     )
09           Plaintiff,              )
                                     )
10      v.                           )    SUMMARY REPORT OF U.S.
                                     )    MAGISTRATE JUDGE AS TO
11  JACOB SANTOS MARTINEZ,           )    ALLEGED VIOLATIONS
                                     )    OF SUPERVISED RELEASE
12           Defendant.              )
    _____  )
13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15  me on July 6, 2006.  The United States was represented by AUSA William H. Redkey, Jr. and the

16  defendant by Timothy S. McGarry.  The proceedings were digitally recorded.

17          Defendant had been sentenced on or about April 15, 2005 by the Honorable Thomas S.

18  Zilly on a charge of Unlawful Disposition of a Firearm, and sentenced to 6 days custody with

19  credit for time served, 2 years supervised release.  (Dkt. 25).

20          The conditions of supervised release included the standard conditions plus the requirements

21  that defendant submit to drug testing, not possess a firearm, abstain from the use of alcohol,

22  submit to search, provide access to financial information, and participate in a home confinement

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  program with electronic monitoring for 180 days.

02        In an application dated May 15, 2006 (Dkt 27), U.S. Probation Officer Burt Maroney

03  alleged the following violation of the conditions of probation:

04        1.        Committing the crime of Assault (Domestic Violence) on May 10, 2006, in

05  violation of the general condition that he not commit a federal, state or local offense.

06        Defendant was advised in full as to the charge and as to his constitutional rights. An

07  evidentiary hearing was held in which the parties stipulated to submission of the matter on the

08  Kent Police Department reports of the May 10, 2006 incident. No further evidence was submitted.

09  The evidence establishes the violation by a preponderance of the evidence.

10        I therefore recommend the Court find defendant violated his supervised release as alleged,

11  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

12  set before Judge Zilly.

13        Pending a final determination by the Court, defendant has been released on the conditions

14  of supervision.

15        DATED this 6th day of July, 2006.

16

17                                        _____
                                          Mary Alice Theiler
18                                        United States Magistrate Judge

19

20  cc:    District Judge:            Honorable Thomas S. Zilly
           AUSA:                      William H. Redkey, Jr.
           Defendant's attorney:      Timothy S. McGarry
21         Probation officer:         Burt Maroney

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2